UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FRANCINA SMITH, individually and on behalf of all others similarly situated, </br></br>Plaintiff,</br></br>vs.</br></br>GC SERVICES LIMITED PARTNERSHIP, a Delaware limited partnership, and</br>GC GP BUYER, LLC, a Delaware limited liability company,</br></br>Defendants. | )</br>)</br>)</br>)</br>)    1:16-cv-01897-RLY-DLP</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>) |

## FINAL JUDGMENT

Today, the court found Plaintiff Francina Smith, as class representative, lacks standing to bring the present lawsuit. Accordingly, the court issues final judgment in favor of the Defendants and against the Plaintiff.

**SO ORDERED** this 2nd day of December 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

1

Distributed Electronically to Registered Counsel of Record.