**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| Francina Smith, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )   No.   1:16-cv-1897-RLY-DLP ) |
| GC Services Limited Partnership, a Delaware limited partnership, ORG, GC GP Buyer, LLC, a Delaware limited liability company, | ) ) ) ) ) |
| Defendants. | ) ) |

**NOTICE OF APPEAL**

Notice is hereby given that Francina Smith, individually and on behalf of all others similarly situated, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Final Judgment in this action, dated December 2, 2019. Copies of the Final Judgment (Dkt. 168), and the Entry On Class Representative's Motion For Leave To File Second Amended Complaint (Dkt. 167), are attached hereto as Group Exhibit A.

Judy Dahl,

By: /s/ David J. Philipps_____
Class Counsel

Dated:  December 20, 2019

1

David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps      (Ill. Bar No. 06197113)
Angie K. Robertson (Ill. Bar No. 06302858)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com
mephilipps@aol.com
angie@philippslegal.com

John T. Steinkamp   (Ind. Bar No. 19891-49)
John Steinkamp & Associates
5214 S. East Street
Suite D-1
Indianapolis, Indiana 46227
(317) 780-8300
(317) 217-1320 (FAX)
John@johnsteinkampandassociates.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that on December 20, 2019, a copy of the Class Representative's **NOTICE OF APPEAL** was filed electronically. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Peter A. Velde      pvelde@k-glaw.com
Kightlinger & Gray, LLP
211 North Pennsylvania Street
One Indiana Square
Suite 300
Indianapolis, Indiana 46204


William E. Smith, III     wsmith@k-glaw.com
Kightlinger & Gray, LLP
Bonterra Building
Suite 200
3620 Blackiston Boulevard
New Albany, Indiana 47150


John T. Steinkamp     John@johnsteinkampandassociates.com
John Steinkamp & Associates
5214 S. East Street
Suite D-1
Indianapolis, Indiana 46227

**Notice will be mailed to:**

Leah T. Rudnicki
The Rudnicki Law Firm
6305 Waterford Boulevard
Suite 325
Oklahoma City, Oklahoma 73118

/s/ David J. Philipps_____
David J. Philipps
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, IL  60465
708-974-2900
708-974-2907 (FAX)
davephilipps@aol.com

3